**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-7712**

———————————

In Re: NATHANIEL HAMPTON JONES,

                                        Petitioner.


———————————

On Petition for Writ of Mandamus.

———————————

Submitted:  February 24, 2000        Decided:  March 3, 2000

———————————

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Nathaniel Hampton Jones, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nathaniel H. Jones filed this petition for a writ of mandamus requesting this court to intervene in South Carolina state court proceedings. Because we have no general power to compel action by state officials, we deny the petition. See Davis v. Lansing, 851 F.2d 72, 74 (2d Cir. 1988). We deny the motion for leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED